
PLAINTIFF'S EXHIBIT 2-A

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Alicia Curry

Re: FLSA Litig. re Frost & Assoc.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $9,117.50 |
| New Balance | $9,117.50 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $9,117.50 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752  |  Fax: 301-251-3753

## PRE-BILL

Alicia Curry

Invoice Date: February 20, 2019
Invoice Number: Pre-bill
Invoice Amount: $9,117.50

## Matter: FLSA Litig. re Frost & Assoc.

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/30/2018 | Research appropriate former employer, draft letter of representation. | J.L. | .40 | $82.00 |
| 11/30/2018 | Phone conver w/ Pl re case details and strat going forward. | J.L. | .50 | $102.50 |
| 11/30/2018 | Draft demand letter and tolling agreement. | J.L. | 1.20 | $246.00 |
| 11/30/2018 | Update demand letter and tolling agreement. | J.L. | .10 | $20.50 |
| 11/30/2018 | Review email comms from Pl. reply re files produced. | J.L. | .10 | $20.50 |
| 12/2/2018 | Review and revise demand letter. Draft comm to client. | H.B.H. | .80 | $320.00 |
| 12/3/2018 | Review comm from client; forward comm. to G. Frost. | H.B.H. | .10 | $40.00 |
| 12/5/2018 | Review and respond to comm from client re status of matter. | H.B.H. | .20 | $80.00 |
| 12/6/2018 | Review email comms w/ client. | J.L. | .10 | $20.50 |
| 12/6/2018 | Review timesheets from client, enter into spreadsheet to ID weeks of OT. | J.L. | 1.60 | $328.00 |
| 12/7/2018 | Draft comm to client re status of matter; review response. (.1 hrs). Conf with J. Liew re drafting of lawsuit. | H.B.H. | .10 | $40.00 |
| 12/8/2018 | Draft Complaint. | J.L. | 1.80 | $369.00 |
| 12/9/2018 | Draft Complaint. | J.L. | 1.60 | $328.00 |
| 12/10/2018 | Draft complaint. | J.L. | 4.60 | $943.00 |
| 12/11/2018 | Draft complaint. | J.L. | 3.00 | $615.00 |
| 12/12/2018 | Edit and draft complaint. | J.L. | .50 | $102.50 |
| 12/12/2018 | Edit complaint. | J.L. | .40 | $82.00 |
| 12/13/2018 | Review email comm from HBH to Pl. re filing of | J.L. | .10 | $20.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | complaint. | | | |
| 12/14/2018 | Review summons issued. | J.L. | .10 | $20.50 |
| 12/14/2018 | Review filings by Court re summons, case management order, and assignment of Magistrate Judge. Prepare Consent to Magistrate. | H.B.H. | .30 | $120.00 |
| 12/16/2018 | Review and respond to comm from D. Glover re A. Curry. Review comm from A. Curry re same. | H.B.H. | .10 | $40.00 |
| 12/16/2018 | File Magistrate Consent. | H.B.H. | .10 | $40.00 |
| 12/20/2018 | Review and respond to comm from client re status of matter. | H.B.H. | .10 | $40.00 |
| 12/21/2018 | Review response ltr from op con re demand ltr. | J.L. | .20 | $41.00 |
| 12/21/2018 | Review letter from D. Glover. (.1 hrs). Conf. with J. Liew re same. (.1 hrs). Draft comm. to client, forwarding comm. with comments. (.2 hrs). | H.B.H. | .40 | $160.00 |
| 1/4/2019 | Review letter from D. Glover. Draft lengthy response to D. Glover re status of matter. Review response from D. Glover. | H.B.H. | .60 | $240.00 |
| 1/10/2019 | Review comm from D. Glover. Draft comm to client; review response. | H.B.H. | .30 | $120.00 |
| 1/11/2019 | Review email from op con, save doc production. | J.L. | .10 | $20.50 |
| 1/11/2019 | Review comm from D. Glover re document production; conf with J. Liew re same. | H.B.H. | .10 | $40.00 |
| 1/15/2019 | Send email to Pl. w/ docs produced by Defs. | J.L. | .10 | $20.50 |
| 1/15/2019 | Review comm from J. Liew to client re status of matter. | H.B.H. | .10 | $40.00 |
| 1/16/2019 | Review and respond to A. Curry re status of matter. | H.B.H. | .10 | $40.00 |
| 1/21/2019 | Review spreadsheets provided by Pl. Curry. | J.L. | .10 | $20.50 |
| 1/28/2019 | Tele conf with client re status of matter, discussion of settlement strategies. | H.B.H. | .30 | $120.00 |
| 1/31/2019 | Review calculations and draft settlement demand letter; review and revise. Prepare materials and draft ecomm to D. Glover, attaching same. | H.B.H. | 1.10 | $440.00 |
| 2/1/2019 | Edit damage calculations spreadsheet. | J.L. | .10 | $20.50 |
| 2/1/2019 | Sort prebill statement (0.1); draft lodestar letter to opposing counsel (0.2). | J.L. | .30 | $61.50 |
| 2/1/2019 | Review comm. from D. Glover. Review billing records. Confer with Associate Liew re preparation of lodestar record. Draft comm to D. Glover attaching lodestar statement and calculation spreadsheet. | H.B.H. | .60 | $240.00 |
| 2/4/2019 | Phone call w/ Pl. conveying counter offer and discussion of settlement negotiation issues. | J.L. | .20 | $41.00 |
| 2/4/2019 | Review and respond to comm. from D. Glover. | H.B.H. | .10 | $40.00 |
| 2/6/2019 | Review and respond to comm re settlement terms. | H.B.H. | .10 | $40.00 |
| 2/7/2019 | Review email communications between opposing counsel and HBH re settlement offers. | J.L. | .10 | $20.50 |
| 2/7/2019 | Review and respond to comm from D. Glover re settlement terms. | H.B.H. | .10 | $40.00 |
| 2/8/2019 | Draft joint motion to approve FLSA settlement, settlement agreement, and proposed order. | J.L. | 3.90 | $799.50 |
| 2/8/2019 | Review and respond to multi (3) back and forth | H.B.H. | .40 | $160.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | emails concerning settlement terms and related negotiation. | | | |
| 2/10/2019 | Review and revise settlement agreement; motion for settlement; and proposed order. Draft email to Glover re same. | H.B.H. | .50 | $200.00 |
| 2/11/2019 | Draft and send email to Pl. Curry re tentative settlement agreement details. | J.L. | .10 | $20.50 |
| 2/11/2019 | Review opposing counsel's edits to settlement documents. | J.L. | .20 | $41.00 |
| 2/11/2019 | Review comm from D. Glover re edits to settlement agreement; draft response. | H.B.H. | .30 | $120.00 |
| 2/11/2019 | Review Order re Consent to Magistrate Judge. | H.B.H. | .10 | $40.00 |
| 2/11/2019 | Review Notice of Appearance re D. Glover. | H.B.H. | .10 | $40.00 |
| 2/12/2019 | Review comm from Glover re settlement agreement language; draft response comm with add'l revisions. | H.B.H. | .60 | $240.00 |
| 2/17/2019 | Draft letter to client re taxation of fees/costs and availability of deduction and instructions for taking same. Review and revise. Draft comm to client re same, requesting teleconference to discuss agreement. (1.3 hrs). Review and make slight revisions to settlement agreement. Draft comm to D. Glover attaching same. Review final versions of prop order and Joint Motion. (.3 hrs). | H.B.H. | 1.60 | $640.00 |
| 2/18/2019 | Review email correspondence from HBH to opposing counsel and Pl. Curry re. finalization and signing of settlement documents. | J.L. | .10 | $20.50 |
| 2/18/2019 | Tele conf. with client re terms of settlement, tax issues, etc. | H.B.H. | .30 | $120.00 |
| 2/19/2019 | Transmit copy of agreement to D. Glover. Review response (complete copy). Prepare Atty Declaration. Draft communication to J. Liew re fee/cost record. | H.B.H. | .60 | $240.00 |
| 2/19/2019 | Draft atty declaration. Review and revise. Review fee/cost record. Review and revise Motion and proposed Order. File same via ECF. | J.L. | .90 | $184.50 |
| SUBTOTAL: | | | 32.70 | $8,692.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 12/13/2018 | Filing Fee | $400.00 |
| 2/19/2019 | Process Service - Attempt | $25.00 |
| SUBTOTAL: | | $425.00 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 2/19/2019 | Previous Balance | $0.00 |

Available in Trust: $0.00

TOTAL $9,117.50
PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $9,117.50